No. 02–7459.  SUMLER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–7462.  REID ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7502.  SAMPSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7563.  HARLEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–7607.  EVANS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7638.  FLOYD *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 02–7639.  FUNCHESS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–7646.  JAMISON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–7699.  BEVARD *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7726.  SANDOVAL *v.* FREEMAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–7727.  FIELDS *v.* PRYOR, ATTORNEY GENERAL OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 02–7728.  BROWN *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 02–7730.  CARPINO *v.* CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–7737.  BOYD *v.* BASKERVILLE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02–7740.  JANECKA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.